J. L. GUNNELS, *Plaintiff in Error,* v. STATE OF FLORIDA, *Defendant in Error.*

Division B.

Decision filed December 4, 1928.

*R. A. McGeachy, John M. Coe* and *Philip D. Beall,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—The record and the briefs in this cause have been examined and we think the admission in evidence of State's Exhibits "H" and "I" was erroneous. It is therefore reversed on authority of Boyett v. State, 116 So. R., 476.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion and judgment.